IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 16-645

| | |
|---|---|
| CATHY GOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NSI HOLDINGS, INC., NSI | ) |
| INDUSTRIES, LLC, SUMMIT PARK | ) |
| II, L.P. and SPP INVESTMENTS | ) |
| GENERAL PARTNER, LLC, | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF REMOVAL**

Defendants NSI Holdings, Inc., NSI Industries, LLC, Summit Park II, L.P., and SPP Investments General Partner, LLC (collectively "Defendants") by and through their undersigned counsel, respectfully submits this Notice of Removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 to remove this civil action from the General Court of Justice, Superior Court Division, County of Mecklenburg, State of North Carolina, to the United States District Court for the Western District of North Carolina, Charlotte Division. In support, Defendants state as follows:

1.     On July 26, 2016, Plaintiff Cathy Gold ("Gold") filed her Complaint in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 15-CVS-13369, entitled <u>CATHY GOLD v. NSI HOLDINGS, INC., NSI INDUSTRIES, LLC, SUMMIT PARK II, L.P. and SPP INVESTMENTS GENERAL PARTNER, LLC,</u> (the "State Court Action"), which was served upon each Defendant by Certified Mail on August 25, 2016. *See* Exhibit A.

2. This Notice of Removal is timely filed within thirty (30) days after Defendants received the Summons and Complaint. In accordance with 28 U.S.C. § 1446, a copy of all process, pleadings and orders served on Defendants in the State Court Action are attached hereto as Exhibits A and B and consist of the Complaint and Civil Summons served on Defendants. As of the date of this Notice of Removal, no Affidavit of Service has been served on any Defendant.

3. This is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that the matter in controversy involves a federal question. Specifically, Gold alleges that she has a cause of action under the Federal Age Discrimination in Employment Act, 29 U.S.C. 621 *et seq.* *See* Exhibit A ¶¶ 55-60. Thus, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.

4. The Complaint also includes a state-based claim for wrongful termination, *see* Exhibit A ¶¶ 50-54, over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. §§ 113(c), 1446(a), as it is the District Court embracing the Superior Court in and for Mecklenburg County, North Carolina, where Gold's Complaint is pending.

6. A copy of this Notice of Removal is being served upon all parties as well as filed with the Clerk of the Court for the General Court of Justice, Superior Court Division, of Mecklenburg County, North Carolina, as required by 28 U.S.C. § 1446 (d). *See* Exhibit C hereto.

7. A Disclosure of Corporate Interests for each Defendant is being filed concurrently with this Notice.

2

8.    Defendants submit this Notice of Removal without conceding Gold has standing or that Gold has pleaded any valid claims upon which relief can be granted, without waiving any procedural or substantive rights or defenses, and without admitting Gold is entitled to any relief whatsoever.

WHEREFORE, this action is properly removed from the General Court of Justice, Superior Court Division of Mecklenburg County to the United States District Court for the Western District of North Carolina, Charlotte Division, for all further proceedings in accordance with the provisions of 28 U.S.C. § 1441.

This 30th day of August, 2016.

Respectfully submitted,

/s/ Deven S. Gray
Benjamin P. Fryer
N.C. Bar No. 39254
Deven S. Gray
N.C. Bar. No. 46062
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
(704) 331-1000

Attorneys for Defendants

3

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system, and was served on counsel for Plaintiff via email and United States Mail by placing same in a first-class postage prepaid envelope, addressed as follows:

Julie H. Fosbinder, Esq.
Fosbinder Law Office
501 E. Morehead Street
Charlotte, NC 28202
Julie@charlotteemploymentlaw.com

This 30th day of August, 2016.

/s/ Deven S. Gray
Deven S. Gray