# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-645-RJC-DCK

| | |
|---|---|
| CATHY GOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NSI HOLDINGS, INC.; SUMMIT PARK II, )<br>L.P.; NSI INDUSTRIES, LLC; SPP )<br>INVESTMENTS GENERAL PARTNER, LLC, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of ADR Session" (Document No. 14) on February 17, 2017, notifying the Court that the parties reached a settlement on February 7, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **March 20, 2017**.

Signed: February 17, 2017

David C. Keesler
United States Magistrate Judge